MARY E. McCOLLUM, as Administratrix, etc., Appellant, *v.* THE NEW YORK MUTUAL LIFE INSURANCE COMPANY, Respondent.

(Argued January 29, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 1, 1889, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Circuit.

*Joel L. Walker* for appellant.

*Robert Sewell* for respondent.

Agree to affirm ; no opinion.
All concur, except HAIGHT and BROWN, JJ., not sitting.
Judgment affirmed.

———————

CAMILLIA G. TOWNS, as Administratrix, etc., Respondent, *v.* THE ROME, WATERTOWN AND OGDENSBURG RAILROAD COMPANY, Appellant.

(Argued January 30, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made November 26, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Edmund B. Wynn* for appellant.

*W. F. Porter* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.